An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

TITAN DEMOLITION, LLC,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
ELISSA F. CADISH, DISTRICT JUDGE,
Respondents,
  and
CAROLYN LOVETT, AS HEIR AND AS
SPECIAL ADMINISTRATOR OF THE
ESTATE OF MARK BRIAN LOVETT;
JAMES RAY LOVETT, AS HEIR OF
MARK BRIAN LOVETT; AND THE
ESTATE OF MARK BRIAN LOVETT,
Real Parties in Interest.

No. 67339

FILED

OCT 2 2 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
    DEPUTY CLERK

## ORDER DENYING PETITION FOR WRIT OF MANDAMUS OR PROHIBITION

This is an original petition for a writ of mandamus or prohibition challenging a district court denial of a motion for summary judgment and the grant of a competing motion for summary judgment regarding the application of the Nevada Industrial Insurance Act (NIIA) in a tort action. Having considered the petition and supporting documents, we are not persuaded that petitioner has demonstrated that our extraordinary discretionary intervention is warranted. NRS 34.160; NRS 34.320; *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 224, 228,

15-32273

88 P.3d 840, 841, 844 (2004); *Smith v. Eighth Judicial Dist. Court*, 113 Nev. 1343, 1344, 950 P.2d 280, 281 (1997).  Accordingly, we

ORDER the petition DENIED.[1]

_____, C.J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

cc:  Hon. Elissa F. Cadish, District Judge
    Lewis Brisbois Bisgaard & Smith, LLP/Las Vegas
    Morris, Sullivan, Lemkul & Pitegoff
    Kemp, Jones & Coulthard, LLP
    Eighth District Court Clerk

---

[1]The Honorable Ron D. Parraguirre, Justice, did not participate in the decision of this matter.